UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Don Mendoza,                            Civil No. 10-2211 (RHK/JSM)

            Petitioner,                     **ORDER**

vs.

Scott Fisher,

            Respondent.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 2, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge